INTERIOR LUMBER COMPANY v. JOHN J. O'DOWD.[1]

December 20, 1918.

No. 21,114.

**Verdict sustained by evidence.**

Action for merchandise sold. Defense, overcharge and dispute as to two items. Verdict for $31 in favor of plaintiff. Appeal from order denying motion for a new trial. *Held*: The verdict was sustained by the evidence. [Reporter.]

Action in the district court for Scott county to recover a balance of $28.30 for merchandise sold and delivered. The defense is stated in the opinion. The case was tried before Tifft, J., and a jury which returned a verdict for $31.09. From an order denying his motion for a new trial, defendant appealed. Affirmed.

*F. J. Leonard*, for appellant.
*Julius A. Coller*, for respondent.

PER CURIAM.

This action was brought to recover the sum of $28.30, alleged to be the balance due plaintiff from defendant upon an account for lumber sold.

Defendant sought to escape liability on the ground that he had been charged for more lumber than he received, the alleged overcharge being the amount here in controversy, and upon the further ground that there was a dispute as to two small items in plaintiff's bill and that plaintiff agreed to receive in full payment and satisfaction of its claim $677.95, which sum defendant paid and plaintiff accepted.

There was a verdict for plaintiff and a motion for a new trial, which was denied. The appeal is from the order denying such motion. The evidence was sufficient to justify the verdict and we find that no errors of law occurred at the trial.

Order affirmed.

[1]Reported in 169 N. W. 790.